IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RASHAD C. LEE, # 213823, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-1078-WKW |
| | ) |
| LEON BERNARD SMITHART, | ) |
| KELLI WISE MILLS, | ) |
| WILBERT JERNIGAN, | ) |
| BENJAMIN REEVES, and | ) |
| RAYMOND RODGERS, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On April 4, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 23). No timely objections have been filed. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 23) is ADOPTED; and

2. this case is DISMISSED without prejudice.

A separate final judgment will be issued.

DONE this 30th day of April, 2012.

                                                /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE